# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

JAMES LAFORTE, JR.

Defendant.

Case Number   3:09-439-01

**RECEIVED**

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

SEP 24 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Date of Original Judgment: 4/26/10
Reason of Amendment: Recommendation to BOP

The defendant, JAMES LAFORTE, JR., was represented by James R. Froccaro, Jr., Esq.

The defendant pled guilty to count(s) 1-3 of the SUPERSEDING INFORMATION on 12/21/09. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18:894 | Conspiracy to collect extensions of credit by extortionate means. | 2004 - 01/05 | 1 |
| 18:1951(a) | Conspiracy to commit extortion in interstate commerce. | 03/06 | 2 |
| 18:371 | Conspiracy to travel in interstate commerce in aid of racketeering enterprise. | 03/06 | 3 |

As pronounced on 4/26/10, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $300, for count(s) 1-3, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 23th day of September, 2010.

ANNE E. THOMPSON
Senior United States District Judge

10312

Judgment – Page 2 of 4

Defendant: JAMES LAFORTE, JR.
Case Number: 3:09-439-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 36 Months. This consists of 36 months on each of Counts One, Two and Three, all counts to be served concurrently.

The Court recommends that the Bureau of Prisons designate New York Department of Corrections to be the place of service of this sentence, thereby making this sentence concurrent with the defendant's imprisonment pursuant to the judgment in Docket Number IND00928N-2006, Nassau County Court, New York. The Federal Sentence is to begin today (4/26/10).

**The Court makes the following recommendations to the Bureau of Prisons: If the defendant is released from state custody prior to the expiration of his federal term, he serve his sentence at Fort Dix, New Jersey.**

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245B (Mod. D/NJ 12/06) Sheet 3 - Supervised Release

Judgment – Page 3 of 4

Defendant: JAMES LAFORTE, JR.
Case Number: 3:09-439-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Defendant: JAMES LAFORTE, JR.
Case Number: 3:09-439-01

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____   _____
                     Defendant                    Date

_____   _____
U.S. Probation Officer/Designated Witness  Date

Defendant:     JAMES LAFORTE, JR.
Case Number:   3:09-439-01

## STATEMENT OF REASONS
## (NOT FOR PUBLIC DISCLOSURE)

The Court adopts the presentence investigation report without change.

No count of conviction carries a mandatory minimum sentence.

**Advisory Guideline Range Determined by the Court:**
Total Offense Level:         19
Criminal History Category    II
Imprisonment Range:          33 months to 41 months
Supervised Release Range:    2 to 3 years
Fine Range:                  $6,000 to $60,000

   The fine is waived because of the defendant's inability to pay.

   Restitution Not Applicable.

   The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

Defendant's SSN: 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
Defendant's Date of Birth: 01/08/77
Defendant's mailing address: Monmouth County Correctional Facility, 1 Waterworks Rd., Freehold, NJ 07728
Defendant's residence address: 65 Tuckahoe Avenue, Staten Island, NY 10312